IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LEONARD CARTLEDGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  09-3152 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (d/e 1) (Petition).  The Court now makes the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2255 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted.  Therefore, pursuant to Rule 4, the Court directs the United States to respond to Petitioner's Petition.  The response shall discuss the merits and the procedural posture of the Petition.  See Rule 5 of the Rules Governing § 2255 Cases.  The response is due on or before October 30, 2009.  Petitioner is granted 21 days from the time the response

1

is filed to file a reply.

IT IS THEREFORE SO ORDERED.

ENTER:   August 25, 2009

    FOR THE COURT:

                            s/ Jeanne E. Scott
                            JEANNE E. SCOTT
               UNITED STATES DISTRICT JUDGE